Decided June 18, 2002

## STATE OF CONNECTICUT *v.* RYAN THOMPSON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 69 Conn. App. 299 (AC 21588), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the prosecutor's three improper remarks in rebuttal argument required reversal of the judgment of conviction?

"2. Did the Appellate Court properly conclude that: (a) the trial court improperly permitted one witness to testify as to the credibility of another; and (b) that ruling constituted harmful error?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16784.

*Joy K. Fausey*, deputy assistant state's attorney, in support of the petition.

*Moira L. Buckley*, assistant public defender, in opposition.

Decided June 18, 2002